IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHERINE L. EASTER,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al<br><br>    Defendants, | Case No.: 1:23-CV-00458-B |

## MOTION TO DISMISS WITH PREJUDICE CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY

**COME NOW** Plaintiff by and through her counsel and, pursuant to Rule 41(a)(2), *Federal Rules of Civil Procedure*, hereby requests an order dismissing, WITH PREJUDICE, all claims asserted against Defendant Experian Information Solutions, Inc. ("Experian"), only; with each party to bear its own attorney's fees and costs.  As grounds, Plaintiff states that claims against Experian have been resolved through a settlement.  This requested dismissal does not affect any of Plaintiff's claims against any of the other defendants.

Respectfully submitted this 2nd day of April, 2024.

/s/ Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
Riemer Law, LLC
2153 Airport Boulevard
Mobile, AL 36606
251-432-9212
kjr@Riemer-Law.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify on the 2nd day of April, 2024, a true and correct copy of the foregoing was filed electronically and served via CM/ECF all counsel of record.

*/s/Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)
